998 A.2d 575

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Randall JENNETTE, Petitioner.**

**No. 42 MM 2010.**

Supreme Court of Pennsylvania.

July 15, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**

998 A.2d 575

**Jay HARTMAN, Petitioner**

v.

**Kimberly Lee HARTMAN, Respondent.**

**No. 28 MM 2010.**

Supreme Court of Pennsylvania.

July 15, 2010.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of July, 2010, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED.**